# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, et al., | CASE NO. C19-0843JLR |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| PORT OF EVERETT, | |
| Defendant. | |

It has come to the court's attention that the consent decree entered by the court on July 24, 2019 (Consent Decree (Dkt. # 4)) lacks Appendices A-G, which the consent decree explicitly incorporates. (*See* Consent Decree at 67 ("The following appendices are attached to and incorporated into this Consent Decree: . . . .").)[1]

//

---

[1] The court cites to the page numbers provided by the court's electronic filing system throughout this order.

The same appendices were filed by the parties in their notice of lodging. (*See* Not. of Lodging (Dkt. # 2) at 77-188.)

Accordingly, the court has entered an amended consent decree that attaches Appendices A-G in the same form as they appear in the notice of lodging (Dkt. # 2 at 77-188), and which remains effective as of July 24, 2019—the date the court entered the Consent Decree.

Dated this 3rd day of September, 2019.

JAMES L. ROBART
United States District Judge